E-filing

FILED
'07 JUN 22 PM 3:23
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

Name **Reaves    Michael    E**
       (Last)        (First)      (Initial)

Prisoner Number **#H-93630)   X-305-L**

Institutional Address **PO Box #689. Soledad, Calif. 93960**

===========================================================

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**Reaves Michael Eric**
(Enter the full name of plaintiff in this action.)

vs.

**Department of Corrections
Ben Curry (Warden A) C.T.F.
Director of Corrections.**

(Enter the full name of the defendant(s) in this action)

Case No. **C 07 3288 SBA (PR)**
(To be provided by the clerk of court)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
42 U.S.C §§ 1983

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.   <u>Exhaustion of Administrative Remedies</u>

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.   Place of present confinement **C.T.F. Soledad, Prison**

B.   Is there a grievance procedure in this institution?
     YES (X)   NO ( )

C.   Did you present the facts in your complaint for review through the grievance procedure?
     YES (X)   NO ( )

D.   If your answer is YES, list the appeal number and the date and result of the appeal at

COMPLAINT                          - 1 -

the plaintiff filed a 602 appeal form grievance on 3-20-06 witch was return to plaintiff April 1, 06 unsigned by staff ordering Plaintiff to attach paper work conserning report of appeal witch plaintiff requested with no results by staff.

each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal result of appeal was the return of appeal unsigned with instructions to add requested documents that To this date have not been granted by any staff. I need help.

2. First formal level unable to submit for lack of needed paper work Requsted by plaintiff while house in administrative Segregation unit, after one month stay in hospital. Requests were in writing.

3. Second formal level Unable to appeal due to lack of cooperations by state staff who have the copys needed. CDC 7219 report of injurys CDC 115 rule violation report of attack on plaintiff.

4. Third formal level Unable to appeal due to no responce of submitted requests for copys of needed paper work. I would request in writing with no reply.

E. Is the last level to which you appealed the highest level of appeal available to you?

YES (X)   NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. C.D.C staff in both medical and securitys opperations feil to respond my writen requests for copys of related paper work. Due to Plaintiff being housed in administrative segregation and unable to leave cell to findout why my requests arnt ansured.

II. Parties

A. Write your name and your present address. Do the same for additional plaintiffs, if any.
Reaves Michael #H-93630 X-305-L Soledad Calif. 93960 Plaintiff is within a year of release. from cusdetys.

B. Write the full name of each defendant, his or her official position, and his or her place of employment.
Department of Corrections & Ben Curry Wardon(A) at C.T.F. Soledad Prison C/o Director of Corrections

COMPLAINT                            - 2 -

1
2
3

4  III.    Statement of Claim

5       State here as briefly as possible the facts of your case. Be sure to describe how each
6  defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any
7  cases or statutes. If you have more than one claim, each claim should be set forth in a separate
8  numbered paragraph.

9  The defendant Ben Curry Warden (A) and C.D.C staff employees are negligent
10 in providing adequate security and protections against attack
11 by known gang members house in administrative segregation unit.
12 C.D.C staff on 2-19-06 C.D.C staff place plaintiff Reaves on
13 Ag/seg yard with Skinhead gang members Provost and
14 Spiker Inmates house in Ag/seg for attacking other white inmates
15 at C.T.F. knowing the risk of attack because of plaintiff refusal
16 to riot with other white inmates in attacking other Black inmates
17 in the riot that happen on 2-7-6, a 450 man riot fight this plaintiff
18 was found not guilty of being a participating member of. Plaintiff was
19 attack by other inmates while house in ad/seg and required one month
20 of intensive hospitalization outside of prison. Due to broken bones
21 and collapse lung due to attack. Inmates Provost & Spiker were convicted
22 and sentence to (8) years for attacking Plaintiff. Plaintiff Reaves is not a gang member.

   IV.    Relief

23       Your complaint cannot go forward unless you request specific relief. State briefly exactly what
24 you want the court to do for you. Make no legal arguments, cite no cases or statutes.

25 Plaintiff have judgment against defendants jointly and severally in
26 the amount of $5,000,000.00 Dollars for damages and injuries.
27 For Plaintiff to be allowed to leave C.D.C. and the state of
28 California never to return because of risk of lose of life and new
   attack by C.D.C. staff and/or other inmates due to this action

COMPLAINT                          - 3 -

1 | And Plaintiff be awarded such other and further relief as to the
2 | court deems just and proper.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 20Thi day of JUNE, 20 07

*Michael Reaves.*
(Plaintiff's signature)

Please note: This plaintiff was attack derectly in sight of Ag/seg, C.D.C staff gunner who fired (4) four shots of plaintiff assailants. To date no paper work of the assult has been given the plaintiff even after writen request for such.

Plaintiff injurys broken rib bones and colapse lung and internal gastro injurys due to kicks by assailants have yet to heal a year and a hath later.

Plaintiff lost most use of left arm and requires gartric medicans to date.

Plaintiff remains in need of corrective opperations. To stomic gartro area. And pain management.

Sortly after return from month long hospitalzation in outside hospital Plaintiff was found not Guilty of being a active member in roit that after many days sent this plaintiff is ad/seg where plaintiff was assolted for not attacking Black inmates or anyone else.

COMPLAINT                              - 4 -

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION          ARNOLD SCHWARZENEGGER, GOVERNOR

**INMATE APPEALS BRANCH**
1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



July 16, 2006

Reaves, CDC #H-93630
Correctional Training Facility
P.O. Box 686
Soledad, CA 93960

Re: Staff Complaint

Dear Mr. Reaves:

The enclosed documents are being returned to you for the following reasons:

This office provides the Director's Level Review of inmate/parolee appeals. The form must be completed through the Second Level of Review on behalf of the Warden or Parole Region Administrator. Your appeal was rejected, withdrawn or cancelled. If you disagree with that decision, contact the Appeals Coordinator. You must comply with instructions from that office.

Your assigned counselor, the Appeals Coordinator, or your Parole Agent can answer any questions you may have regarding the appeals process. Library staff can help you obtain any addresses you need.

N. GRANNIS, Chief
Inmate Appeals Branch

****PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE****

**STATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region: CTF

Log No.: 1. _____ 2. _____  /  1. _____ 2. _____

Category: 7:6

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME: Reaves Michael
NUMBER: H-93630
ASSIGNMENT: 
UNIT/ROOM NUMBER: O-129-S

**A. Describe Problem:** On or about 2-15-06 The Warden (A.P. KANE (A)) of Soledad State Prison and his/her appointed agents (CDC staff) under color and pretense of law and their official capacity knowingly and negligently open the cell doors of the segregation unit in O wing CTF and permitted the intermingling of prisoners well aware of the severe danger to this inmate. The deputy failure to properly supervise the prison and provide for the safety of inmates. The Failure to protect this prisoner from attack resulted in his needing life saving operation's and rush hospitalization for broken bones and lung damages.

If you need more space, attach one additional sheet. Note additional page #2 attach within.

**B. Action Requested:** Protection's from attack and reprisals by C.D.C. Agents and staff and other inmates both here at CTF Prison and any other Prison's, Agents and C.D.C. staff Transfer this inmate To.

Inmate/Parolee Signature: Michael Reaves #H-93630        Date Submitted: 4-25-06

**C. INFORMAL LEVEL** (Date Received: _____)

Staff Response:

[Stamp: INMATE APPEALS BRANCH RECEIVED MAY 18 2006]

Staff Signature: _____        Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Staff response failed to respond as you can see above at Informal level, No "staff signature" instead I recieved the enclosed papers and instructions about requesting supportive paperwork witch I requested but was never recieved by this inmate. (5) Pages enclosed

Signature: Michael Reaves #H-93630     RECEIVED     Date Submitted: 5-15-06

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

CTF APPEALS

agents were informed by this inmate that inmate was not a member of any group of inmates responsable for rioting that occurred at CTF-North Facility on 2-7-06. And in point of fact inmate stated outright and loudly to all C.D.C staff and ASU, UNIT-II/CTF ICC members and staff, the/this inmate Refuzed to participate in said riot, to other white "inmates" when regurested by them. As an result of failure to protect this inmate from attack by and from other white inmates housed within ASU unit. This inmate was in fact attack at first oppertunity, "Next ASU Yard release" (The following Tuesday after ICC Initial review and yard placement.) This inmate was attack for refuzing to roit with other white inmates and the attack was allowed to take place within ASU Yard under the failed protections of C.D.C. staff and gunners assign to enforse such protections. This inmate was ordered too housing and yard time with Right Wing Extremist Gang member's "SKINHEADS" and subjected to extreem hostilitys and attack by multiple assailants. All of witch are SKINHEAD right wing extreemist gang members. A FAILURE TO PROTECT PRISONER FROM ATTACK. and a violation of this inmates civil rights secured by the Constitution and Laws of the United States of America! And the state of California. Particularly but not limited to the Fourteenth Amendment. as provided by 42 U.S.C. §1983, 42 U.S.C. §1985, 28 U.S.C. § 1331 and 1346

End: Reaves Michael #H-93630

Michael Reaves. 4-26-06.

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the INFORMAL Level

May 1, 2006

*REAVES, H93630*
*CFOWT10000000129S*

Log Number: CTF-C- 06- 01267
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*Your appeal is incomplete. You must include supporting documentation. All documents must be legible. (If necessary, you may obtain copy(ies) of requested documents by sending your request with a signed trust withdrawal form to your assigned counselor.) Your appeal is missing:*

*Your appeals is missing: CDC 7319 medical report*
*Comments: Upon re-examination of oyur appeal, you have bot substantiated enough information on staff misconduct (see attached). Did you receive the incident package?*

J. Aboytes / P. G. Deprrs
Appeals Coordinators
Correctional Training Facility

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

## INMATE APPEAL ASSIGNMENT NOTICE

To: INMATE REAVES, H93630  
Current Housing: CFOWT10000000129S

Date: May 2, 2006

From: INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER: CTF-C-06-01267

ASSIGNED STAFF REVIEWER: APPEALS OFFICE  
APPEAL ISSUE: DISCIPLINARY  
DUE DATE: 06/06/2006

Inmate REAVES, this acts as a notice to you that your appeal has been sent to the above staff for SECOND level response. If you have any questions, contact the above staff member. If dissatisfied, you have 15 days from the receipt of the response to forward your appeal for THIRD level review. Third level appeals are to be mailed directly to:

    Chief of Inmate Appeals  
    Department of Corrections  
    P. O. Box 942883  
    Sacramento, CA 94283-0001

J. Aboytes, CCII / P.G. Dennis, CCII  
Appeals Coordinators,  
Correctional Training Facility

---

I've Requested all related medical reports and incedent related to this appeal request was made on May 5Th 2006. As of yet May 15 2006 I've recieved NO responce at all from CC II Mr. M. ARFA correctional counselor ASU, UNIT-II/CTF-Central. As a result I've been forse to send this 602 appeal for Third level review as is. End.

Sign: Michael Reaves #H-93630  
Michael Reaves.

# ALLEGED STAFF MISCONDUCT

Your appeal contains allegations of staff misconduct. However, upon close examination of your appeal, it has been determined that you did not provide any specific detail(s) demonstrating misconduct. 1 CTF Prison's Administration does not accept unprofessional behavior by employees. This Administration will either conduct a fact-finding inquiry or formal investigation on all staff complaints. In order for a proper fact-finding inquiry/investigation to be conducted, you will need to rewrite your appeal and document detailed information concerning the actual incident, that you feel demonstrated the misconduct. You need to provide information concerning when, where, how, why (if known) and names of witnesses, etc. The more detail you provide, the more likely your allegations can be sustained. Additionally, you can only appeal what you personally experience. You cannot appeal what happened to another person.

**STATE OF CALIFORNIA** — **DEPARTMENT OF CORRECTIONS**

# RULES VIOLATION REPORT

TABE Reading Score above 4.0 ☒

| CDC NUMBER | INMATE'S NAME | | RELEASE/BOARD DATE | INST | HOUSING | LOG NO. |
|---|---|---|---|---|---|---|
| H93630 | REAVES | | | CTF-NOR | SB201U | VI-02-06-076R |

| VIOLATED RULE NO(S). | SPECIFIC ACTS | LOCATION | DATE | TIME |
|---|---|---|---|---|
| CCR §3005(c) | Participating In A Riot | North B-yard | 2/9/2006 | |

**CIRCUMSTANCES**

**On 06/27/06, this RVR is being Reissue/Rehear per Modification Order as a result of decision granted in part on appeal log# CTF-C-06-01267, because of a Due Process violation in denying your witnesses.**

On 2/9/2006, staff were conducting unclothed body searches as an ongoing investigation of a riot that occurred on 02/07/06, on B-Yard at North Facility at 1355 hours, involving approximately 450 inmates fighting with each other. The disturbance required all on duty staff at CTF and additional staff from Salinas Valley State Prison to respond to the B-Yard to quell the riot. Once staff gained control of the riot, cover and contact teams were formed. Staff began placing all inmates in restraints and escorted them off the yard to their assigned housing, with the exception of inmates who were immediately identified with injuries, who were detained for medical treatment by North Health Care Services Unit.

During an unclothed body search, you, Inmate **REAVES**, H93630, SB201U, were discovered to have injuries consistent as an active participant in a riot. CDC-7219 Medical Report notes that Inmate **REAVES** sustained the following injuries, numerous scratches throughout the body and face, reddened area under the right eye and right cheek.

Inmate **REAVES** is aware of this CDC-115 RVR and the specific charge. Inmate **REAVES** is not a mental health patient / participant at any level of care, and did not exhibit behavior that was bizarre, unusual, or uncharacteristic at the time of the events documented in this Rules Violation Report. A referral to the Health Care Services Department for Mental Health Assessment was not made.

| REPORTING EMPLOYEE (Typed Name and Signature) | DATE | ASSIGNMENT | RDO'S |
|---|---|---|---|
| ▶ S. M. CARAVELLO, Correctional Lieutenant | | Lieutenant, Unit VI, 2/W | F/S |

| REVIEWING SUPERVISOR'S SIGNATURE | DATE | ☐ INMATE SEGREGATED PENDING HEARING | |
|---|---|---|---|
| ▶ S. V. TRUETT, Correctional Lieutenant | 6-27-06 | DATE _____ LOC. _____ | |

| CLASSIFIED | OFFENSE DIVISION: | DATE | CLASSIFIED BY (Typed Name and Signature) | HEARING REFERRED TO |
|---|---|---|---|---|
| ☐ ADMINISTRATIVE ☒ SERIOUS | "D" 61-90 | 6-27-06 | ▶ R. N. SPENCER, Correctional Lieutenant | ☐ HO ☒ SHO ☐ SC ☐ FC |

### COPIES GIVEN TO INMATE BEFORE HEARING

| ☒ CDC 115 | BY: (STAFF'S SIGNATURE) | DATE | TIME | TITLE OF SUPPLEMENT |
|---|---|---|---|---|
| | ▶ | | 1930 | N/A |

| ☒ INCIDENT REPORT LOG NUMBER: CTF-NOR-06-02-0035 | BY: (STAFF'S SIGNATURE) ▶ | DATE | TIME 1930 | BY: (STAFF'S SIGNATURE) ▶ N/A | DATE | TIME |
|---|---|---|---|---|---|---|

**HEARING:**

Inmate **REAVES** appeared before the Senior Hearing Officer on 7/25/2006, at 1130 hours. The purpose for the hearing was explained. Inmate **REAVES** stated that his health is good. Inmate **REAVES** acknowledges receiving all copies of relevant documents more than 24 hours prior to this hearing. Inmate **REAVES** is not a mental health patient / participant at any level of care, and did not exhibit behavior that was bizarre, unusual, or uncharacteristic at the time of the events documented in this Rules Violation Report. A referral to the Health Care Services Department for Mental Health Assessment was not made. A review of the Educational Departments "T.A.B.E." Reading score test list was reviewed by the Senior Hearing Officer, pursuant to the Armstrong Remedial Plan. Inmate **REAVES's** "T.A.B.E." Reading Score is above 4.0. Inmate **REAVES** is fluent in English. He read the charges and stated he understands the charges and does not need assistance to defend himself. A Staff Assistant was not assigned, as the criteria per CCR 3315(d)(2) were not met. Officer D. M. Osborn was assigned as an Investigative Employee, as the inmate requested the assignment. Inmate **REAVES** did not request the presence of the Reporting Employee or any witnesses. Inmate **REAVES** stated that he is not in the Mental Health Services Delivery System at any level of care. I have read the charge to Inmate **REAVES**. Inmate **REAVES** pled **NOT GUILTY**. The Inmate had no further statement for this hearing.

**FINDINGS:** Inmate **REAVES** has been found **NOT GUILTY** of being in violation of CCR §3005(c), specifically **Participating In A Riot**. This finding is based on the information provided in the Investigative Employee's Report, in which several Correctional Officers documents that Inmate **REAVES** was laying in the pull-up bars area, and did not participate in the riot. Plus, the statement made during the hearing by Correctional Lieutenant Lopez that while housed in Ad-Seg, Inmate **REAVES** was attacked by several other White Inmates for not participating in the riot.

**DISPOSITION:** Dismissed in the interest of justice.

REFERRED TO ☐ CLASSIFICATION ☐ BPT / NAEA

| ACTION BY: (TYPED NAME) | SIGNATURE | DATE | TIME |
|---|---|---|---|
| ▶ E. STEPHENS, Correctional Lieutenant | ▶ C. Stephens, Lt | 7/25/06 | 1130 |

| REVIEWED BY: (TYPED NAME) | DATE | CHIEF DISCIPLINARY OFFICER'S SIGNATURE | DATE |
|---|---|---|---|
| ▶ J. SARELI, Unit VI Facility Captain | 7/31/06 | ▶ G. A. ORTIZ, Associate Warden | 8-1-06 |

| ☒ COPY OF CDC 115 GIVEN TO INMATE AFTER HEARING | BY: (STAFF'S SIGNATURE) ▶ O. Cruz | DATE | TIME |
|---|---|---|---|

CDC 115 (7/88)

# ADMINISTRATIVE SEGREGATION UNIT PLACEMENT NOTICE — REISSUE
## CDC 114-D (Rev 10/98)

**STATE OF CALIFORNIA** — **DEPARTMENT OF CORRECTIONS**

DISTRIBUTION:
- WHITE – CENTRAL FILE
- BLUE – INMATE (2ND COPY)
- GREEN – ASU
- CANARY – WARDEN
- PINK – HEALTH CARE MGR
- GOLDENROD – INMATE (1ST COPY)

| INMATE'S NAME | ETHNICITY | CDC NUMBER | HOUSING |
|---|---|---|---|
| REAVES | WHI | H93630 | XW304 |

## REASON(S) FOR PLACEMENT (PART A)

- [X] PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS
- [ ] JEOPARDIZED INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY
- [X] ENDANGERS INSTITUTION SECURITY
- [ ] UPON RELEASE FROM SEGREGATION, NO BED AVAILABLE IN GENERAL POPULATION

**DESCRIPTION OF CIRCUMSTANCES WHICH SUPPORT THE REASON(S) FOR PLACEMENT:**

You were originally placed in Administrative Segregation Unit on 02/15/06, for PARTICIPATION IN A RIOT that occurred on 2/7/06. However, your reason for placement has changed. You are now being retained on Administrative Segregation Status based on enemy concerns. Due to the reason mentioned above, your continued presence at CTF-North is deemed a threat you, and the safety and security of the institution. You will remain on Administrative Segregation Status pending transfer. As a result of this placement, your credit earning, custody level, privilege group, and visiting status are subject to change.

- [ ] CONTINUED ON ATTACHED PAGE (CHECK IF ADDITIONAL)
- [ ] IF CONFIDENTIAL INFORMATION USED, DATE OF DISCLOSURE:

| DATE OF ASU PLACEMENT | SEGREGATION AUTHORITY – PRINTED NAME | SIGNATURE | TITLE |
|---|---|---|---|
| 2/15/2006 | S. M. CARAVELLO | | Lieutenant |

| DATE NOTICE SERVED | TIME SERVED | PRINTED NAME OF STAFF SERVING ASU PLACEMENT NOTICE | SIGNATURE | STAFF'S TITLE |
|---|---|---|---|---|
| | | | | |

- [ ] INMATE REFUSED TO SIGN
- INMATE SIGNATURE
- CDC NUMBER

## ADMINISTRATIVE REVIEW (PART B)
*The following to be completed during the initial administrative review by Captain or higher by the first working day following placement*

### STAFF ASSISTANT (SA)
STAFF ASSISTANT'S NAME | TITLE

### INVESTIGATIVE EMPLOYEE (IE)
INVESTIGATIVE EMPLOYEE'S NAME | TITLE

**IS THIS INMATE:**

| | YES | NO |
|---|---|---|
| LITERATE?? | [ ] | [ ] |
| FLUENT IN ENGLISH?? | [ ] | [ ] |
| ABLE TO COMPREHEND ISSUES?? | [ ] | [ ] |
| FREE OF MENTAL HEALTH SERVICES DELIVERY SYSTEM NEEDS?? | [ ] | [ ] |
| DECLINING FIRST STAFF ASSISTANT ASSIGNED?? | [ ] | |

Any "NO" requires SA assignment

| | YES | NO |
|---|---|---|
| EVIDENCE COLLECTION BY IE UNNECESSARY | [ ] | [ ] |
| DECLINED ANY INVESTIGATIVE EMPLOYMENT | [ ] | [ ] |
| ASU PLACEMENT IS FOR DISCIPLINARY REASONS | [ ] | [ ] |
| DECLINED 1ST INVESTIGATIVE EMPLOYEE ASSIGNED | [ ] | |

Any "NO" may require IE assignment

- [ ] NOT ASSIGNED (SA)
- [ ] NOT ASSIGNED (IE)

### INMATE WAIVERS

- [ ] INMATE WAIVES OR DECLINES INTERVIEW WITH ADMINISTRATIVE REVIEWER
- [ ] INMATE WAIVES RIGHT TO 72 HOURS PREPARATION TIME
- [ ] NO WITNESSES REQUESTED BY INMATE

INMATE SIGNATURE | DATE

### WITNESSES REQUESTED FOR HEARING

| WITNESS NAME | TITLE / CDC NUMBER | WITNESS NAME | TITLE / CDC NUMBER |
|---|---|---|---|
| | | | |
| | | | |

**DECISION:** 
- [ ] RELEASE TO UNIT/FACILITY: _____
- [ ] RETAIN PENDING ICC REVIEW
- [ ] DOUBLE CELL
- [ ] SINGLE CELL PENDING ICC

REASON FOR DECISION:

| ADMINISTRATIVE REVIEWER'S PRINTED NAME | TITLE | DATE REVIEW | TIME | ADMINISTRATIVE REVIEWER'S SIGNATURE |
|---|---|---|---|---|
| | | | | |

| CORRECTIONAL ADMINISTRATOR'S PRINTED NAME (if necessary) | CORRECTIONAL ADMINISTRATOR'S CO-SIGNATURE (if necessary) | DATE OF REVIEW |
|---|---|---|
| | | |

See Chronological Classification Review document (CDC 128-G) for specific hearing information.

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Correctional Training Facility
Soledad, California

## SUPPLEMENTAL PAGE

**RE:** CTF APPEAL LOG No. *CTF-C-06-01267*
Second Level Reviewer's Response

*REAVES*            *H93630*            *O-129*

**APPEAL DECISION:**

PARTIALLY GRANTED

**APPEAL ISSUE:** (1 - Disciplinary)

Dismiss Rules Violation Report (RVR) Log # VI-02-06-076 dated 2/9/06 for "Participating in a Riot."

**APPEAL RESPONSE:**

Appellant stated the following in his appeal:

(1) Wants charges dismissed based on witnesses testimony.

(2) That various time limits were not met and some of the areas of disciplinary were not signed by staff.

(3) That he was denied an inmate witness.

On 5-26-06, appellant was interviewed by the CTF Appeals Coordinator, Mr. J. Aboytes, Correctional Counselor II, to provide him the opportunity to explain his appeal and present supporting information or documents. During the interview appellant stated in essence that when the Lieutenant called me into the 115 he told me if I came up with legitimate excuses for the scratches on my body, I said it was work related. Further more that he was attacked by white inmates on the Ad/Seg yard on 2-28-06 because he did not support the white inmates on the North Yard during the riot. That the SHO said I pled guilty and adamantly pled not guilty throughout the hearing.

Inmate REAVES, CDC # H93630 is not in the MHSDS. The designated level of care is Not Applicable. Consequently a CDC Form 115X, Rules Violation Report: Mental Health Assessment Request was not completed as he did not display any bizarre, unusual, or uncharacteristic behavior at the time of the infraction or the hearing. It is noted Inmate REAVES, CDC # H93630 is fluent in English and does not have a T.A.B.E Reading Score below 4.0.

A thorough review of appellant's appeals package, all of his attachments, and his Central File has been completed and reveals the following:

On 2/9/06, Inmate REAVES was issued a CDC 115, RVR Log # VI-02-06-076 for the specific act of "Participating in a Riot."

Inmate REAVES received all documentation to be relied upon more than twenty-four hours prior to the hearing. The appellant was present at the hearing on 3/29/06. According to the RVR Hearing the charges were read to him, and he pled GUILTY, stating-"I didn't participate in this riot. I was trying to make it to the Lieutenant's Office. They jumped me and almost killed me for not participating in this riot. Man, look at me."

The Senior Hearing Officer (SHO), Correctional Lieutenant, M. J. Burch found Inmate REAVES GUILTY based on the following: 1. Inmate Reaves sustained 17, noted, various injuries all over his body, which are consistent with being an active participant in the Riot (Refer to Medical Report). 2. Inmate Reaves was located and identified by two (2) ISU Officers as being on the yard when this riot took place. 3. The riot involved white inmates attacking black inmates and inmate Reaves is also a white inmate.

A review of the HEARING section and the CDC 115A noted appellant requested witnesses, C/O Delgado, C/O T. J. Parker and Inmate that was housed in SB 351L (unknown inmate). On 3-28-06, inmate Reaves signed and waived his request for C/O Delgado and C/O R. J. Parker to be present during hearing and requested the hearing be conducted. The SHO failed to state the reason(s) for denial of inmate witness housed in SB 351L.

The SHO correctly noted time constraints/limitations were not met and appropriately did not access any forfeiture of credit.

**REGULATIONS: The rules governing the issues are:**

**California Code of Regulations (CCR), Title 15, Section 3005(c), 3001, 3286, 3315, and 3320.**

The First Formal Level of Review was bypassed per California Codes of Regulations (CCR) 3084.5(b)(4).

Appellant has provided new or additional information upon which to change the disposition of the Senior Hearing Officer, Correctional Lieutenant, M. J. Burch or information that would substantiate his claim to dismiss the CDC 115, RVR Log VI-02-06-076 dated 2/9/06.

(1) Wants charges dismissed based on witnesses testimony is **Denied**. Officers Delgado and Parker both testified that inmate Reaves was on the yard, near the pull up bars, during riot.
(2) That various time limits were not met and some of the areas of disciplinary were not signed by staff. This point is **Granted**, time constraints were not met and SHO assessed 0 (zero) Days Forfeiture of Credit, due to the loss of Time Constraints; the hearing was held 39 days after the RVR was issued.
(3) That he was denied an inmate witness. **Granted** Reaves did request inmate witness (SB 351L) prior to the hearing and the SHO failed to address this inmate witness request during the hearing.
(4) Inmate Reaves claims that his injuries were sustained while on the job in Maintenance. This request is **unsubstantiated** since his supervisor Mr. Carlos was questioned by the SHO as to inmate Reaves reporting any work related injuries prior to the riot. Mr. Carlos stated, "He sustained a couple of scratches a few times. No, I have never recalled him as having more than one (1) or two (2) scratches or cuts, ever."
(5) Inmate Reaves claims that the white Ad/Seg inmates (Provost, and Spilger) attacked him for failing to join the white North Facility inmates during the riot is also **unsubstantiated**.
(6) That Lieutenant M. J. Burch inappropriately wrote that inmate Reaves pled "Guilty" during the hearing is incorrect. **Granted**, on 05/30/06 I interviewed Lieutenant M. J. Burch, and he stated that inmate Reaves had pled "Not Guilty" and that there was a typographical error on the final 115 which read that Reaves had pled "Guilty". That

during the Findings portion of the Hearing, Lt. M. J. Burch was aware that Reaves pled Not Guilty.

Appellant was not afforded due process. Therefore, based on the aforementioned, appellant's appeal is being PARTIALLY GRANTED at the Second Level of Review and the CDC 115 Log #CTF-C-06-01267 will be ordered reissued and reheard. The SHO will address and make available appellant's requested witness(s) unless denied in which case the SHO will state the specific reason(s) for denial.

Reviewed By: _____
P. Barker, Chief Deputy Warden, Central          Date

_____              6-6-06
Ben Curry, Warden (A)                           Date

JFA

cc:   Appeals Office File
      Inmate's Central File

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the INFORMAL Level

April 11, 2006

**REAVES, H93630**
*CFOWT10000000129S*

Log Number: CTF-C-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*You disciplinary appeal is incomplete. You must attach legible copies of all documents you received during the disciplinary process. For example: the completed CDC 115, Rule Violation Report, the laboratory report, the Mental Health Assessment Form, the completed CDC 115-A, Serious Rule Violation Report, the CDC 115, Investigative Employee report, supplemental reports for the CDC 115, the CDC 7219, Report of Injury, the complete CDC 837, Incident Report, and the CDC 1030, Confidential Information Disclosure Form.*

W. B. Childress / P. G. Dennis
Appeals Coordinators
Correctional Training Facility

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

## PROOF OF SERVICE BY MAIL

### BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, __Reaves Michael_____, declare:

I am over 18 years of age and a party to this action. I am a resident of __C.T.F Soledad State prison P.r. Box #689 Soledad Ca. 93960__ Prison, in the county of __Monterey County__, State of California. My prison address is: ~~Penitentiary~~ MR. Reaves Michael #H-93630 X-305-L P.O. Box #689 Soledad, Ca, 93960.

On __6-20-7__
(DATE)

I served the attached: __Complant by a prisoner under The Civil Rights Act, 42 U.S.C. §§ 1983   United States District Court Northern District of California.__
(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

To: Clerk of United States District Court
Northern District of California
450 Golden Gate Avenue.
Box #36060 San Francisco Calif. 94102

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __6-20-07__    __Michael E Reaves__
(DATE)                     (DECLARANT'S SIGNATURE)

Civ-69 (Rev. 9/97)

-9-

::ODMA\PCDOCS\WORDPERFECT\22832\1