1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

*Reaves Michael*

11                                    Plaintiff,          CASE NO. _____

12          vs.

*Department of Corrections*          **PRISONER'S**

13

*Ben Curry (Warden)(A)*          **APPLICATION TO PROCEED**

**IN FORMA PAUPERIS**

14

*Director of Corrections* Defendant.

15

16          I, *Reaves Michael*_____, declare, under penalty of perjury that I am the plaintiff in

17   the above entitled case and that the information I offer throughout this application is true and correct.

18   I offer this application in support of my request to proceed without being required to prepay the full

19   amount of fees, costs or give security. I state that because of my poverty I am unable to pay the

20   costs of this action or give security, and that I believe that I am entitled to relief.

21          In support of this application, I provide the following information:

22   1.     Are you presently employed?                    Yes ____ No ✗

23   If your answer is "yes," state both your gross and net salary or wages per month, and give the name

24   and address of your employer:

25   Gross: _____ Net: _____

26   Employer: _____

27   _____

28   If the answer is "no," state the date of last employment and the amount of the gross and net salary

and wages per month which you received.   (If you are imprisoned, specify the last place of employment prior to imprisonment.)

_10 To 15 years ago, Los Angles California_
_Day laborer worker (min. wage.)_
_____

2.     Have you received, within the past twelve (12) months, any money from any of the following sources:

    a.    Business, Profession or            Yes ____ No _X_
          self employment

    b.    Income from stocks, bonds,        Yes ____ No _X_
          or royalties?

    c.    Rent payments?               Yes ____ No _X_

    d.    Pensions, annuities, or          Yes ____ No _X_
          life insurance payments?

    e.    Federal or State welfare payments,   Yes ____ No _X_
          Social Security or other govern-
          ment source?

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3.     Are you married?                Yes ____ No _X_

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.     a.     List amount you contribute to your spouse's support:$ _____

    b.     List the persons other than your spouse who are dependent upon you for support

and indicate how one byou mainer ... ... ...  ... NOTE: For minor
children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

_____

_____

5.    Do you own or are you buying a home?               Yes ____  No  X

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.    Do you own an automobile?                         Yes ____  No  X

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7.    Do you have a bank account?  Yes ____ No  X  (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash?  Yes ____  No X  Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated
market value.)  Yes ____  No  X

_____

8.    What are your monthly expenses?

Rent: $ _C.D.C_____      Utilities: _C.D.C_____

Food: $ _C.D.C_____      Clothing: _C.D.C._____

Charge Accounts: _NONE_

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9.    Do you have any other debts? (List current obligations, indicating amounts and to whom
they are payable. Do not include account numbers.) ~~court~~ Court cost ~~fees~~
monterey court.
$400.00 court.

10.    Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes _____  No ☒

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.    *NONE.*

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

6-20-7
_____                    *Michael Reames*
DATE                                                 SIGNATURE OF APPLICANT