

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Reaves Michael Eric,
Plaintiff,

vs.

Department of Corrections
Ben Curry (Warden A) C.T.F.
Director of Corrections, Defendant.

CASE NO. 

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS  SBA

(PR)

I, Reaves Michael E., declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed?   Yes ___   No  X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____   Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____
5  _____
6  _____
7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.    Business, Profession or              Yes ___ No _X_
10             self employment
11      b.    Income from stocks, bonds,           Yes ___ No _X_
12             or royalties?
13      c.    Rent payments?                        Yes ___ No _X_
14      d.    Pensions, annuities, or               Yes ___ No _X_
15             life insurance payments?
16      e.    Federal or State welfare payments,    Yes ___ No _X_
17             Social Security or other govern-
18             ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.    Are you married?                          Yes ___ No _X_
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.    a.    List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS           - 2 -

1   b.   List the persons other than your spouse who are dependent upon you for
2       support and indicate how much you contribute toward their support. (NOTE:
3       For minor children, list only their initials and ages. DO NOT INCLUDE
4       THEIR NAMES.).
5   _____
6   _____
7   5.   Do you own or are you buying a home?   Yes ___ No _X_
8   Estimated Market Value: $_____ Amount of Mortgage: $_____
9   6.   Do you own an automobile?   Yes ___ No _X_
10  Make _____ Year _____ Model _____
11  Is it financed? Yes _____ No _____ If so, Total due: $ _____
12  Monthly Payment: $ _____
13  7.   Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)
14  Name(s) and address(es) of bank: _____
15  _____
16  Present balance(s): $ _____
17  Do you own any cash? Yes ___ No _X_ Amount: $ _____
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.)   Yes ___ No _X_
20  _____
21  8.   What are your monthly expenses? NONE
22  Rent: $ C.D.C.R _____ Utilities: C.D.C.R _____
23  Food: $ C.D.C.R _____ Clothing: C.D.C.R _____
24  Charge Accounts: NONE
25  Name of Account        Monthly Payment           Total Owed on This Acct.
26  _____      $ _____         $ _____
27  _____      $ _____         $ _____
28  _____      $ _____         $ _____

```
 1  9.    Do you have any other debts? (List current obligations, indicating amounts and to
 2  whom they are payable. Do not include account numbers.)  NONE
 3  NONE
 4  _____
 5  10.   Does the complaint which you are seeking to file raise claims that have been presented
 6  in other lawsuits?   Yes ___  No  X
 7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
 8  which they were filed.
 9  _____
10  _____
11        I consent to prison officials withdrawing from my trust account and paying to the court
12  the initial partial filing fee and all installment payments required by the court.
13        I declare under the penalty of perjury that the foregoing is true and correct and
14  understand that a false statement herein may result in the dismissal of my claims.
15
16   6-27-7                               Michael E. Reaves
17      DATE                           SIGNATURE OF APPLICANT
```

*Last time I had any money*
*9-14-06*

```
CAESAR02
California Department of Corrections (CT
F)
              Inmate Sales Receipt

Commissary: CAN1
Inmate Rcpt #: 911745
Com Rcpt #: 294095
Inmate ID: H93636
Inmate Name: REAVES, MICHAEL
Tax Auth Type: INMATE
              09-14-2006  18:27

      Beg Acct Balance:        15.26

Description      Qty   Price   Amount
---------------  ---   -----   ------
FISH3.0           1    0.68    0.68
DEOD-MEN          1    2.10    2.10
TPPEROX           1    2.55    2.55
FOLGER'S          1    6.10    6.10
ANTASTE 4oz       1    2.75    2.75
CAJUN CHICKEN     5    0.20    1.00
1-PENNY          16    0.01    0.16
                                ----
                   Total:      15.26

     End Acct Balance:         0.00
```

*Michael Reaves  9-14-06*
Signature           Date

```
REPORT ID: TS3030                                                    REPORT DATE: 07/09/07
                                                                     PAGE NO:        1
                          CALIFORNIA DEPARTMENT OF CORRECTIONS
                              CTF SOLEDAD/TRUST ACCOUNTING
                              INMATE TRUST ACCOUNTING SYSTEM
                              INMATE TRUST ACCOUNT STATEMENT

                        FOR THE PERIOD: APR. 01, 2007 THRU JUL. 09, 2007

ACCOUNT NUMBER : H93630                         BED/CELL NUMBER: CFXWT3000000305L
ACCOUNT NAME   : REAVES, MICHAEL ERIC           ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                                 TRUST ACCOUNT ACTIVITY

            << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                                 TRUST ACCOUNT SUMMARY
     BEGINNING        TOTAL          TOTAL         CURRENT          HOLDS        TRANSACTIONS
     BALANCE         DEPOSITS     WITHDRAWALS      BALANCE         BALANCE       TO BE POSTED
     ---------       --------     -----------     ---------       ---------      ------------
         0.00           0.00           0.00           0.00            0.00              0.00

                                                                                  CURRENT
                                                                                 AVAILABLE
                                                                                  BALANCE
                                                                                 ---------
                                                                                     0.00
```

*mailed-* (handwritten annotation)

1
2                                          Case Number: C 07 3288
3                                                        SBA
4                                                        (PR)
5
6
7
8                            CERTIFICATE OF FUNDS
9                                        IN
10                           PRISONER'S ACCOUNT
11
12        I certify that attached hereto is a true and correct copy of the prisoner's trust account
13 statement showing transactions of  Reaves  Michael  E  for the last six months
                                              [prisoner name]
14 C.T.F. Soledad                                where (s)he is confined.
              [name of institution]
15        I further certify that the average deposits each month to this prisoner's account for the
16 most recent 6-month period were $  0⁰⁰   and the average balance in the prisoner's
17 account each month for the most recent 6-month period was $ 0⁰⁰   .
18
19 Dated: 7-16-7                          _____
                                              [Authorized officer of the institution]
20
21                          Refused to sign.
22  I request C/o Soto to sign he is unable too
23
24  I'm here in ag/seg unable to reach the
25       Trust office or leave the cell.
26  Staff here said a cansuler would come sign this
27  form. Never happens. No choice but to return
28  because of time limit set. Your authority is needed
    To compel the defendants record staff.
                                    -5-

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

E-filing

Dear Sir or Madam:

Your complaint has been filed as civil case number _____C 07 3288 SBA (PR)

Your complaint is deficient because:

1. ____ You did not pay the appropriate filing fee of $350.00. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety.

2. ✓ The In Forma Pauperis Application you submitted is insufficient because:

   ____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

   ____ Your In Forma Pauperis Application was not completed in its entirety.

   ✓ You did not sign your In Forma Pauperis Application.

   ✓ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   ✓ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   ____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

Warning: If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be dismissed and the file closed. If you submit the application, you will automatically be liable for the full filing fee, regardless of your present ability to pay the full amount of the fee.

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____
   Deputy Clerk

rev. 4/9/06

9-16-7
Case No. # C07 3288

To: The Honorable Deputy Clerk: Mr. Wieking.

After receiving the information and papers your office sent me conserning my lack of money; I again filled out the papers authorizing your office to collect any money I earn or collect from family and friends. I would and do hope the papers I sent will do along with the authorizing release I sign. I ask the staff here in the Ag/seg unit to sign the certificate of funds in prisoners account and they refused and made pudlic my lack of money much to my shame. On the day I received your dated letter. I sent and requested the Trust office here to copy and send the six months records. What they did is nothen so far. I sign a trust withdraw for the copy even. No Good. I am not a lawyer and am unable to gain any cooperations from staff here conserning this case I wish to file in your court. My stay in the intensive care unit was a month long. I was almost murdered, the men who were allowed to almost kill me where sentence to (8) eight years for the attack of me. I have remain lock within a sepperation ag/seg unit since returning from the hospital almost two years ago. And fear for my welbeing and have not been outside sence. I've requested all the records and the staff here understand such records do prove my case and to date refuse to send me copy's. I am hopefull the powers of your authority and the courts will be able to compel case records staff to produce the records for the courts. Because the defendants have failed to provide any copy. And you see the attempts made to coverup and inhibit any possibility of appealing and or filing a lawsuit or case ogenst any persons within the departments of C.D.C.R. Please sir I wish for this case to go forcrd. I'm requesting the court to assign an attorney and investorgator so the voilations of my civil rights can be address and brought to lights of your courts Authoritys. I agree to pay the filing fee when I return to work or receive any funds here. I need help here sinc I get out of prison in march of 2008 (9 months.) If need be can you extend the amount of time to file the case. Please show this To the judge.

Thank you for any help. Sincerly Michael E. Reeves