**FILED**
AUG 21 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

C07-3288 SBA

To the respected (U.S. District court.)

After much considerations and trobling thoughts. I have been forse to request dropping the case, I filed in your court. I fear for my life and enpending release in March of 2008. I've been badly treated here, and attack and hospitalized with meny broken bone's and a colapse lung already. And I really have lost my mind to think sueing the C.D.C. would work. I am after all in there control. I failed to copy the paper work before sending it to you. So unless you provide the defendants with copys They do not have a copy.

I have little to no idea about such matters. I am not a lawyer or a hero and do not want to be re-attack by staff or inmate's staff allow to re-attack me.

Please return the papper's I sent your court conserning The law suit. I wish to God I could safely file correctly

And consider my safety and well-being in doing so A.S.A.P.

I'm sorry for troubling you in this matter and thank you for the time you spent in this case,

If you will please mail the paperwork back. I'd like to consider the matter mis-filed for lack of copy's, and closed.

Thank You again

sencerly beatings,

Mr. Michael Reaves.

P.S. I enclosed the other paper work you request to show you there lack of coopperation it took the 30 days just to get it back unsigned. no coopperations —

Dated: 8-13-07

*Deadline Requirements.*
*Emergencie Request — Deadline Requirments*

## MULTI-PURPOSE FORM

TO: __Inmate Trust Office__   __Authorized officer__   DATE: __6-27-7__
       (Name)                                    (Title)

- ❑ MEDICAL CONCERN
- ❑ DENTAL CONCERN
- ❑ VISITING CONCERN
- ❑ REQUEST FOR INTERVIEW
- ❑ PACKAGE ROOM
- ❑ REQUEST FOR I.D. CARD
- ❑ REQUEST TO REVIEW CENTRAL FILE
- ❑ MAIL ROOM: Request for metered envelopes *(No Funds)*
- ❑ E.P.R.D.: You should be within six (6) months of release date to inquire
- ❑ TRUST ACCOUNT BALANCE $ _____
- ❑ TRUST ACCOUNT WITHDRAWAL
- ❑ REQUEST FOR ROOM CHANGE
- ❑ REQUEST FOR UNIT CHANGE
- ❑ FAMILY HOUSING UNIT VISIT INTERVIEW
- ❑ REQUEST FOR CHAPLAIN INTERVIEW
- ❑ MEDICALLY CLEARED FOR CULINARY REQUEST

REASON FOR REQUEST (Be specific: Explain your problem): Im requesting copy of post six months records of Inmate TRUST ACCOUNT. Showing amount deposits and Amounts used or available. enclosed is sign Trust account withdrawal order for copy's Requested. by ~~US District Court office clerk~~ and inmate. Thankyou.

DATE: __7/27/07__   STAFF RESPONSE: Please See attached documentation for instructions on processing. [signature]

INMATE NAME: __Reaves Michael__   INMATE NUMBER: __H-93630__   CELL: __X-305-L__

ASSIGNMENT: _____   HOURS: _____   RDO'S: _____

CTF 304 (Rev. 04-97)

STATE OF CALIFORNIA                                                     DEPARTMENT OF CORRECTIONS
CDC - 193 (1/88)

# TRUST ACCOUNT WITHDRAWAL ORDER

Date 6-27  20 07

To: Warden                          Approved _____

I hereby request that my Trust Account be charged $ _____ for the purpose stated below and authorize the withdrawal of that sum from my account:

H-93630
-----------
NUMBER

*Michael Reaves*
NAME (Signature please, DO NOT PRINT)

State below the PURPOSE for which withdrawal is requested (do not use this form for Canteen or Hobby purchase).

PRINT PLAINLY BELOW name and address of person to whom check is to be mailed.

PURPOSE For copy's of inmate trust Record for past (6) six months

NAME _____

ADDRESS _____

Reaves Michael
PRINT YOUR FULL NAME HERE

Case Number C 07 3288



**Correctional Training Facility**

**OPERATIONS MANUAL**

Chapter: 10000 Custody/Security Operations
Subchapter: 14000 Technical Support
Section: 14010 Legal Matters

14010.21.2
Processing In Forma Pauperis

The following procedures were placed in effect in August 1998 in order to ensure confidentiality during the processing of inmate legal mail, i.e., In Forma Pauperis certifications and certified trust account statements:

1. Requests for legal mail must be submitted for processing through the Unit Correctional Counselor I (CC-I).

2. Paperwork must be complete prior to submitting to the CC-I to ensure that all documents are mailed to the courts at the same time to prevent separation and comply with the time constraints of the Courts for filing.

3. After all forms are signed, copies must be made prior to forwarding to the Trust Office, as the papers cannot be returned after they are completed for mailing. *Do not fill in any information on the Trust Account Certification portion of the documents. It must be left blank and the Trust Office will complete that portion prior to certification.*

4. Prepare two envelopes--one larger than the other--and address both envelopes. Only the larger of the two envelopes needs to be stamped with postage as one will go inside the other. Place all the completed paperwork, except the In Forma Pauperis in the first envelope and seal the package for legal mail.

5. Take the legal mail package, the second envelope, any Trust Withdrawal Orders you may need and the In Forma Pauperis request to the CC-I who will hand carry the entire packet to the Trust Office for completion and mailing. The Trust Office will complete the necessary forms, insert them into the second envelope with the first (sealed) envelope and hand carry the completed package to the mailroom.

6. Copies of the completed documents cannot be returned to the inmate, however, a copy is kept in the Trust Office. A log is maintained with the following information: date the packet is received in the Trust Office, date forms were completed and mailed, and the court to which it was sent to is kept for future reference.

J. Hamlet    ← *Not even the warden here*
Warden (A)
Correctional Training Facility

*This is just stalling the processing on there part.*

gal Matters    May 2000    Page 14010-35