Mr. Michael E. Reaves #H-93630
P.O. Box #689    X-305-L
Soledad, Calif. 93960-0689

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES

RECEIVED
7 AUG 21 AM 11:08
RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SBA