IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL E. REAVES,

    Plaintiff,

v.

DEPT. OF CORRECTIONS,

    Defendants.

No. C 07-03288 SBA (PR)

**ORDER DIRECTING CLERK OF COURT TO TERMINATE ACTION**

    Pursuant to the notice of voluntary dismissal of this action filed by Plaintiff on August 21, 2007, this action is terminated. See Fed. R. Civ. P. 41(a)(1) ("[A]n action may be dismissed by the plaintiff without order of the court . . . by filing a notice of dismissal."); Hamilton v. Shearson-Lehman American Exp. Inc., 813 F.2d 1532, 1534-1536 (9th Cir. 1987) (Rule 41(a)(1)(I) does not require leave of court to dismiss the action). The dismissal is without prejudice. See Fed. R. Civ. P. 41(a)(1) (unless plaintiff's notice of dismissal states otherwise, it is deemed to be "without prejudice"); Humphreys v. United States, 272 F.2d 411, 412 (9th Cir. 1959).

    The Clerk of the Court shall close the file. All pending motions are terminated.

    IT IS SO ORDERED.

Dated:   10/12/07

SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE

P:\PRO-SE\SBA\CR.07\Reaves3288.VolDis.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MICHAEL E. REAVES,

        Plaintiff,

v.

DEPT. OF CORRECTIONS et al,

        Defendant.

Case Number: CV07-03288 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 15, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael E. Reaves H-93630
California Training Facility - Soledad
P.O. Box 689
Soledad, CA 93960

Dated: October 15, 2007

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.07\Reaves3288.VolDis.wpd    2